No. 12–6478. In re Letizia. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 12–253. In re Fessler;
No. 12–5918. In re Amaro;
No. 12–5950. In re Muthukumar;
No. 12–6085. In re Currier; and
No. 12–6330. In re Rosa. Petitions for writs of mandamus denied.

No. 12–6383. In re Rudzavice. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 11–1518. Bullock v. BankChampaign, N. A. C. A. 11th Cir. Certiorari granted.

No. 12–43. PPL Corp. et al. v. Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari granted.

No. 12–126. McQuiggin, Warden v. Perkins. C. A. 6th Cir. Certiorari granted.

No. 11–10189. Trevino v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 11–1321. Velasquez-Otero v. Holder, Attorney General. C. A. 11th Cir. Certiorari denied.

No. 11–1390. Elashi et al. v. United States; and
No. 11–10437. El-Mezain v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 664 F. 3d 467.